| AO 10 Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Murphy, Diana E. | 2. Court or Organization U.S. Court of Appeals (8th Cir) | 3. Date of Report 05/06/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address U.S. Courthouse 300 S. Fourth Street, 11E Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Life Trustee | University of Minnesota Foundation |
| 2. Trustee | University of St. Thomas |
| 3. Director | Minnesota Opera |
| 4. Director | Hill Museum and Manuscript Library |
| 5. Director | Spencer Williams Foundation for Judicial Independence |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Murphy, Diana E.**

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/06/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 21-23 | Washington, DC | Board of Directors Meeting | Transportation, hotel, meals |
| 2. | Harvard Law School | Nov. 15-17 | Cambridge, MA | Ames Moot Court Final | Transportation, hotel, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Ind'l Retirement Acct ▨ (USBonds) | | None | ▨ | T | partial dist | 12/15/10 | ▨ | | |
| 2. ▨ Tax Free MM Fund, ▨ | ▨ | Interest | ▨ | T | | | | | |
| 3. ▨ Tax Free MM Fund, ▨ | ▨ | Interest | ▨ | T | | | | | |
| 4. Checking Acct, ▨ | ▨ | Interest | ▨ | T | | | | | |
| 5. Trust, ▨ (mun bds & cash eq) | ▨ | Interest | ▨ | T | | | | | |
| 6. IRA ▨ (USBonds) | | None | ▨ | T | partial dist | 12/06/10 | ▨ | | |
| 7. Bond - U.S. Treasury Notes | ▨ | Interest | ▨ | T | | | | | |
| 8. Bond - Mahtomedi, MN | ▨ | Interest | ▨ | T | | | | | |
| 9. Bond - Minnetonka, MN | ▨ | Interest | ▨ | T | | | | | |
| 10. Bond - Maple Grove, MN | ▨ | Interest | ▨ | T | | | | | |
| 11. Bond - Pipestone, MN | | None | | | Redeemed | 02/01/10 | ▨ | ▨ | |
| 12. Bond - Rockford, MN | | None | | | Redeemed | 02/04/10 | ▨ | | |
| 13. Bond - US Treasury | ▨ | Interest | ▨ | T | | | | | |
| 14. Bond - Pipestone, MN | | None | | | Redeemed | 02/01/10 | ▨ | | |
| 15. Bond - Rockford, MN | | None | | | Redeemed | 02/04/10 | ▨ | | |
| 16. Bond - Minneapolis Metropolitan Airports | ▨ | Interest | | | Redeemed | 12/01/10 | ▨ | | |
| 17. Bond - Stillwater, MN | ▨ | Interest | ▨ | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bond - Olmsted County | | Interest | | T | | | | | |
| 19. Bond - Richfield, MN | | Interest | | T | | | | | |
| 20. Bond - Edina, MN | | Interest | | T | | | | | |
| 21. Bond - Ramsey Cty, MN | | Interest | | T | | | | | |
| 22. Bond - Richfield, MN | | Interest | | T | | | | | |
| 23. Bond - Champlin, MN | | Interest | | T | | | | | |
| 24. Bond - Chaska, MN | | Interest | | T | | | | | |
| 25. Bond - Lake Elmo, MN | | Interest | | T | | | | | |
| 26. Bond - Minnetonka, MN | | Interest | | T | | | | | |
| 27. Bond - Northfield, MN | | Interest | | T | | | | | |
| 28. Bond - Saint Anthony, MN | | Interest | | T | | | | | |
| 29. Bond - Shakopee, MN | | Interest | | T | | | | | |
| 30. Bond - Washington Cty, MN | | Interest | | T | | | | | |
| 31. Bond - West St. Paul, MN | | Interest | | T | | | | | |
| 32. Bond - Bloomington, MN | | Interest | | T | | | | | |
| 33. Bond - Edina, MN | | Interest | | T | | | | | |
| 34. Bond - Golden Valley, MN | | None | | | Redeemed | 02/01/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Bond - Golden Valley, MN | | Interest | | T | | | | | |
| 36. Bond - Anoka, MN | | Interest | | T | | | | | |
| 37. Bond - Bloomington, MN | | Interest | | T | | | | | |
| 38. Bond - Dayton, MN | | Interest | | T | | | | | |
| 39. Bond - Golden Valley, MN | | Interest | | T | | | | | |
| 40. Bond - Golden Valley, MN | | Interest | | T | | | | | |
| 41. Bond - Golden Valley, MN | | Interest | | T | | | | | |
| 42. Bond - Washington County, MN | | Interest | | T | | | | | |
| 43. Bond - Bloomington, MN | | Interest | | T | | | | | |
| 44. Bond - Hopkins, MN | | Interest | | T | | | | | |
| 45. Bond - Spring Lake Park | | Interest | | T | | | | | |
| 46. Bond - Three Rivers Park, MN | | Interest | | T | | | | | |
| 47. Bond - Alexandria, MN | | Interest | | T | | | | | |
| 48. Bond - Bloomington, MN | | Interest | | T | | | | | |
| 49. Bond - Brooklyn Ctr, MN | | Interest | | T | | | | | |
| 50. Bond - Crystal, MN | | Interest | | T | | | | | |
| 51. Bond - Eden Prairie, MN | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Bond - Minneapolis, MN | | None | | | Redeemed | 02/01/10 | | | |
| 53. Bond- Minneapolis, MN | | Interest | | | Redeemed | 12/01/10 | | | |
| 54. Bond - Sauk Centre, MN | | Interest | | T | | | | | |
| 55. Bond - Staples, MN | | Interest | | T | | | | | |
| 56. Bond - Edina, MN | | Interest | | T | | | | | |
| 57. Bond - Fridley, MN | | Interest | | T | | | | | |
| 58. Bond - Minneapolis, MN | | Interest | | T | | | | | |
| 59. Bond - Mound, MN | | Interest | | T | | | | | |
| 60. Bond - North St. Paul, MN | | Interest | | T | | | | | |
| 61. Bond - North St. Paul, MN | | Interest | | T | | | | | |
| 62. Bond - Olmsted, MN | | Interest | | T | | | | | |
| 63. Bond - Rochester, MN | | Interest | | T | | | | | |
| 64. Bond - St. Paul, MN | | Interest | | T | | | | | |
| 65. Bill - U.S. Treasury | | Interest | | T | | | | | |
| 66. Bond - Waconia, MN | | Interest | | T | | | | | |
| 67. U.S. Treasury Bill | | None | | T | | | | | |
| 68. U.S. Treasury Bond | | Interest | | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bond - Anoka MN | ▨ | Interest | ▨ | T | | | | | |
| 70. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 71. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 72. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 73. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 74. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 75. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 76. Bond - Minnesota State | ▨ | Interest | ▨ | T | | | | | |
| 77. Bond - Mound MN | | None | ▨ | T | | | | | |
| 78. Bond - St. Paul MN | | None | ▨ | T | | | | | |
| 79. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 80. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 81. U.S. Treasury BIll | | None | | | Redeemed | 01/21/10 | ▨ | | |
| 82. U.S. Treasury Bill | | None | | | Redeemed | 02/25/10 | ▨ | | |
| 83. U.S. Treasury Bill | | None | | | Redeemed | 03/18/10 | ▨ | | |
| 84. U.S. Treasury Bill | | None | | | Redeemed | 06/24/10 | ▨ | | |
| 85. U.S. Treasury Bill | | None | ▨ | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. U.S. Treasury Bill | | None | ▓ | T | | | | | |
| 87. U.S. Treasury Bill | | None | ▓ | T | | | | | |
| 88. U.S. Treasury Bill | | None | ▓ | T | | | | | |
| 89. U.S. Treasury Bill | | None | | | Redeemed | 01/21/10 | ▓ | | |
| 90. U.S. Treasury Bill | | None | | | Redeemed | 02/25/10 | ▓ | | |
| 91. U.S. Treasury Bill | | None | | | Redeemed | 01/21/10 | ▓ | | |
| 92. U.S. Treasury Bill | | None | | | Redeemed | 02/25/10 | ▓ | | |
| 93. Bond - Minnesota State | | None | ▓ | T | | | | | |
| 94. Bond - Mound MN | ▓ | Interest | ▓ | T | | | | | |
| 95. Bond - St. Paul MN | ▓ | Interest | ▓ | T | | | | | |
| 96. Bond - Hopkins MN | ▓ | Interest | ▓ | T | | | | | |
| 97. Bond - St. Paul MN | ▓ | Interest | ▓ | T | | | | | |
| 98. U.S. Treasury Bill | | None | | | Redeemed | 04/01/10 | ▓ | | |
| 99. U.S. Treasury Bill | | None | | | Redeemed | 06/24/10 | ▓ | | |
| 100. SPDR Gold Trust | | None | ▓ | T | Buy | 02/08/10 | ▓ | | |
| 101. SPDR Gold Trust | | None | ▓ | T | Buy | 02/08/10 | ▓ | | |
| 102. Bond - Alaska | | None | ▓ | T | Buy | 07/09/10 | ▓ | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Bond - Alaska | | None | ▦ | T | Buy | 07/06/10 | ▯ | | |
| 104. Bond - Missouri State | ▦ | Interest | ▦ | T | Buy | 02/25/10 | ▯ | | |
| 105. Bond - Omaha | ▦ | Interest | ▦ | T | Buy | 02/22/10 | ▯ | | |
| 106. U.S. Treasury Bill | | None | ▦ | T | Buy | 08/11/10 | ▦ | | |
| 107. U.S. Treasury Bill | | None | ▦ | T | Buy | 09/10/10 | ▦ | | |
| 108. U.S. Treasury Bill | | None | ▦ | T | Buy | 12/21/10 | ▦ | | |
| 109. U.S. Treasury Bill | | None | | | Buy | 06/24/10 | ▦ | | |
| 110. | | | | | Redeemed | 12/23/10 | ▦ | | |
| 111. U.S. Treasury Bill | | None | | | Buy | 03/03/10 | ▦ | | |
| 112. | | | | | Redeemed | 09/02/10 | ▦ | | |
| 113. U.S. Treasury Bill | | None | | | Buy | 02/08/10 | ▯ | | |
| 114. | | | | | Redeemed | 08/05/10 | ▦ | | |
| 115. U.S. Treasury Bill | | None | | | Buy | 03/23/10 | ▯ | | |
| 116. | | | | | Redeemed | 08/05/10 | ▯ | | |
| 117. U.S. Treasury Bill | | None | | | Buy | 06/24/10 | ▦ | | |
| 118. | | | | | Redeemed | 12/23/10 | ▦ | | |
| 119. U.S. Treasury Bill | | None | | | Buy | 04/07/10 | ▦ | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Redeemed | 10/07/10 | | | |
| 121. U.S. Treasury Bill | | None | | | Buy | 03/03/10 | | | |
| 122. | | | | | Redeemed | 09/02/10 | | | |
| 123. U.S. Treasury Bill | | None | | | Buy | 02/08/10 | | | |
| 124. | | | | | Redeemed | 08/05/10 | | | |
| 125. Bond - Minnesota | | Interest | | T | | | | | |
| 126. Bond - Ossego | | Interest | | T | | | | | |
| 127. Bond - Hennepin County | | Interest | | T | | | | | |
| 128. Bond - So. MN Municipal | | Interest | | T | | | | | |
| 129. Bond - Elk River | | Interest | | T | | | | | |
| 130. Bond - Centennial Sch | | Interest | | T | | | | | |
| 131. Bond - Brooklyn Park | | Interest | | T | | | | | |
| 132. Bond - Rosemount | | Interest | | T | | | | | |
| 133. Bond - Andover | | Interest | | T | | | | | |
| 134. Bond - Moundsview | | Interest | | T | | | | | |
| 135. Bond - Minnesota | | Interest | | T | | | | | |
| 136. Bond - Hopkins | | Interest | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Bond -Three Rivers Park | | Interest | | T | | | | | |
| 138. Bond - Ramsey County | | Interest | | T | | | | | |
| 139. Bond - Minneapolis | | Interest | | T | | | | | |
| 140. Bond - Eden Prairie | | Interest | | T | | | | | |
| 141. Bond - Dakota County | | Interest | | T | | | | | |
| 142. Bond - Prior Lake | | Interest | | T | | | | | |
| 143. Bond Robbinsdale | | Interest | | T | | | | | |
| 144. Bond -St. Cloud | | Interest | | T | | | | | |
| 145. Bond - St. Michael | | Interest | | T | | | | | |
| 146. Bond Minnesota | | Interest | | T | | | | | |
| 147. Bond - Spring Lake Park | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 -$5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/06/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1 .Part VII. Investments and Trusts, May 2010 report at lines 125-147 lists bonds overlooked in previous reporting period, but in our custodian's keeping.

2. Parv VII. Investments and Trusts, Bonds listed in May 2009 report at lines 13, 21, 22, 29, 66, 69, 84, 90, 115, 141, and 166 not included in May 2010 report because custodian reports do not show them as still within our possession; dates of redemption or sale unavailable..

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/06/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Diana E. Murphy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544